# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LAFITTE DUMONDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:04-cv-3401-JHH-RRA |
| | ) |
| JEFFERSON COUNTY SHERIFF'S DEPT., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF DECISION

The magistrate judge filed a report and recommendation on December 3, 2007, recommending that the defendant's motion for summary judgment be granted and this cause dismissed with prejudice. Plaintiff filed objections on December 13, 2007. (Doc. 70.)

In his objections, the plaintiff reiterates his disagreements with previous orders entered in this case and others brought by the plaintiff.[1] (Doc. 70.) Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by the plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a

---

[1] The plaintiff claims that the court "intentional[ly] delay[ed] adjudication of Plaintiff's valid claims" and wrongfully denied his discovery motions and request for recusal. (Doc. 70.) He further contends that his other cases, 2:04-cv-00570-KOB-RRA and 2:05-cv-00721-SLB-RRA, were wrongfully dismissed.

matter of law. Accordingly, the defendants' motion for summary judgment is due to be GRANTED and this action is due to be dismissed with prejudice. A appropriate order will be entered.

**DONE** this the ____8th____ day of January, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE